LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff
TONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>   Plaintiff,<br><br>v.<br><br>STRATEGIC RESTAURANTS ACQUISITION CORP. dba BURGER KING #5085; FLORIN 5 DEVELOPERS,<br><br>   Defendants.<br>_____ / | Case No. CIV. S-05-1895 DFL DAD<br><br>**ORDER** |

IT IS HEREBY ORDERED that judgment in this action is entered in favor of plaintiff and against defendants based on Plaintiff's Acceptance of Defendants' Offer of Judgment (with Defendants Strategic Restaurants Acquisition Corp.'s and Florin 5 Developers' Offer of Judgment dated March 7, 2006, attached as Exhibit A) filed in the above-referenced matter on March 13, 2006.

Dated: 3/17/2006

_____
DAVID F. LEVI
United States District Judge